Teston v. The State of Florida—Opinion of Court.

A. C. TESTON, PLAINTIFF IN ERROR, v. THE STATE OF FLORI-
DA, DEFENDANT IN ERROR.

A dim carbon copy of the bill of exceptions in the transcript
of the record of a criminal cause violates the rule, is not a
permanent record and the errors based thereon will not be
considered.

This case was decided by Division A.

Writ of Error to the  Criminal Court of . Record for
Hillsborough County.

*J. J. Lunsford,* for Plaintiff in Error.

*W. H. Ellis,* Attorney-General, for the State.

PER CURIAM. The portion of the transcript contain-
ing the evidence in this case does not conform to our rule
that requires the use of "black *ink*," but, on the contrary,
is a dim carbon copy.   This entails not only much incon-
venience and risk to the  eyesight of the  Justices  who
would be required to read carefully through the one hun-
dred and thirty pages thus presented, but also entails dan-
ger to the permanency of our records, should we permit
their accuracy to rest only on the future possibility of de-
ciphering this carbon after years of rubbing and erasure.

Moreover, it is unfair to the county of Hillsborough to
permit it to be liable to payment at full value for  first-
class workmanship, when neither the county nor the court
get adequate results.   In a large majority of the criminal
cases brought to this court the counties are charged with
the costs, and to minimize these costs as much as possible

our rule requires but one transcript in criminal cases and no copies are necessary as in civil cases. For the sake of reducing costs to litigants in civil cases we have permitted carbon copies that are clear and legible, but with so many copies the permanency of our records is reasonably secured, and the reasons for permitting the relaxation of the rule do not exist in criminal cases.

An order will be entered, therefore, that unless before the twelfth day of December next a certified copy of the Bill of Exceptions clearly and legibly printed or typewritten in black ink be filed in this court the assignments of error that call for an examination of the testimony will be treated as abandoned. No costs will be allowed for the copy now before the court.

SHACKLEFORD, C. J., COCKRELL and WHITFIELD, JJ., concur.

TAYLOR, HOCKER and PARKHILL, JJ., concur in the opinion.